CAMERON Y. BROCK, ESQ.   [SBN 183112]
LAW OFFICES OF BURG & BROCK
4554 Sherman Oaks Avenue
Sherman Oaks, California 91403
Tel: (818) 676-9800
Fax: (818) 788-2559

Attorneys for Plaintiff
Shahram Seresht

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shahram Seresht,<br><br>              Plaintiff,<br><br>    vs.<br><br>UNITED STATES NAVY; STEVEN MAN, an Individual; and DOES 1 through 20, Inclusive,<br><br>              Defendants. | Case No.: 8:21-cv-1365<br>[Assigned for all Purposes to Hon. _____, District Judge]<br><br>**COMPLAINT FOR NEGLIGENCE; REQUEST FOR JURY TRIAL** |

   Plaintiff, Shahram Seresht , alleges as follows:

   1.   In the instant action, jurisdiction is based on the provisions of 2*8 U.S. Code § 1346 (a)(2),(b)(1)*, which provides that an action against the United States for damages from injury is to the Federal Court.

   2.   Plaintiff, Shahram Seresht, is an individual and a citizen of the State of California.

   3.   Defendant, United States Navy, is an agency of the Executive Branch of the Federal government.

4. Defendant, Steven Man, is an individual, which Plaintiff is informed and believes, and on that basis alleges, is an employee, and/or authorized individual of the United States Navy, and at said time and place, was operating the Vehicle involved in the accident complained of herein.

5. The amount in controversy in the within action exceeds the jurisdictional limit for a Federal court claim, based on medical expenses incurred and pain and suffering damages incurred by the Plaintiff.

## FEDERAL TORT CLAIM PRESENTMENT AND DENIAL

6. As more fully set forth herein below, Plaintiff suffered devastating, debilitating, incapacitating, serious injuries and damages during an accident with a vehicle owned, operated, maintained and controlled by an authorized representative of the United States Navy during an accident on March 21, 2019.

7. On or about September 2, 2020, Claim for Damage, Injury or Death was submitted to the Office of the Judge Advocate General Tort Claims Unit Norfolk 9620 Maryland Ave., Suite 205, Norfolk, VA office for the United States Postal Service.

## FIRST CAUSE OF ACTION
## (NEGLIGENCE)

8. Plaintiff realleges Paragraphs 1 through 9 as if set forth in full hereat.

9. On or about March 21, 2019, Plaintiff was operating his 2012 Toyota Prius vehicle at or near the intersection of Western Avenue and 8th Street in the

City and County of Orange, State of California, when a vehicle bearing U.S. Government plates (hereinafter referred to as the "Navy Vehicle"), negligently and carelessly operated by Defendant, Steven Man, hitting the rear of Plaintiff's vehicle, proceeding straight, in violation of *Cal. Veh. Code §22350*, and actually and proximately caused the vehicles to collide.

10. The impact caused Plaintiff to suffer personal injuries, pain and suffering, and other damages.

## PRAYER

As a result of the actions of Defendants and each of them, Plaintiff has suffered the following:

(a) Damage for treatment for personal injuries in an amount of not less than $75,000;

(b) Damage for pain and suffering;

(c) Damage for loss of earnings;

(d) Damage for loss of earnings' capacity and future loss of earnings;

(e) Such other and further relief as this Court deems just and proper.

DATED: August 18, 2021        LAW OFFICE OF BURG & BROCK

                      By:   /s/ Cameron Y. Brock
                           CAMERON Y. BROCK, ESQ.
                         Attorneys for Plaintiff Shahram Seresht