JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SHAHRAM SERESHT,

                Plaintiff,

      v.

UNITED STATES OF AMERICA;
and DOES 1 to 10,

                Defendants.

Case No. 8:21-cv-01365-SPG-ADS

**JUDGMENT**

     Pursuant to the Court's Post Trial Findings of Fact and Conclusions of Law, filed at ECF No. 128, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

     1.    Judgment is entered for Plaintiff Shahram Seresht ("Plaintiff") on Counts I of the Complaint.

-1-

2.      Plaintiff is awarded $219,859.98 in damages, consisting of $59,859.98 for Plaintiff's past medical expenses and $160,000 for Plaintiff's non-economic damages.

**IT IS SO ORDERED.**

DATED:    June 15, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE